■ ROBERT W. BOONE, Respondent, v JOHN R. HOPKINS et al., Appellants. [732 NYS2d 820] —Judgment unanimously affirmed without costs. Memorandum: Although the order appealed from was subsumed within the final judgment (CPLR 5501 [a]), in the exercise of our discretion we treat the appeal as taken from the judgment (*see*, CPLR 5520 [c]; *Chin v Kaplan*, 280 AD2d 892). We conclude that Supreme Court properly granted plaintiff's motion for a directed verdict on the issue of proximate cause at the close of proof. Both plaintiff's medical expert and defendants' medical expert concluded that plaintiff sustained a shoulder injury as a result of the automobile accident at issue, and thus there was no rational process by which a jury could have found that there was no proximate cause (*see, Clemente v Impastato*, 274 AD2d 771, 773; *see also, Sheehan v City of New York*, 40 NY2d 496, 502; *Miecznikowski v Robida*, 278 AD2d 793, *lv denied* 96 NY2d 709; *Gusek v Compass Transp. Corp.*, 266 AD2d 923; *cf., Cross v Finch Pruyn & Co.*, 281 AD2d 836). (Appeal from Judgment of Supreme Court, Erie County, Joslin, J.—Negligence.) Present—Pigott, Jr., P. J., Green, Wisner, Kehoe and Burns, JJ.

■ TERESA ARNOLD, as Mother and Natural Guardian of LINDSEY ARNOLD, an Infant, Appellant, v LATEEF GHANI et al., Respondents. [733 NYS2d 669] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Himelein, J. (Appeal from Order of Supreme Court, Cattaraugus County, Himelein, J.—Summary Judgment.) Present—Pigott, Jr., P. J., Green, Wisner, Kehoe and Burns, JJ.